YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
ANDY LEGOLVAN (SB# 292520)
andylegolvan@paulhastings.com
JOSEPH J. RUMPLER, II (SB# 296941)
josephrumpler@paulhastings.com
BERKELEY FIFE (SB# 325293)
berkeleyfife@paulhastings.com
BORIS LUBARSKY (SB# 324896)
borislubarsky@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APPLIED MATERIALS, INC., | CASE NO. 5:20-cv-05676-EJD |
|---|---|
| Plaintiff, | **DECLARATION OF BORIS LUBARSKY IN SUPPORT OF APPLIED MATERIALS, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| DEMARAY LLC, | |
| Defendant. | |

I, Boris Lubarsky, hereby declare as follows:

1.  I am an associate with the law firm Paul Hastings LLP, counsel for the Plaintiff Applied Materials, Inc. ("Applied"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

2.  Applied Materials is headquartered in Santa Clara, California. Attached hereto as **Exhibit A** is a true and correct copy of Applied's registration with the California Secretary of State.

3.  According to Demaray LLC's website, Demaray LLC is based in Silicon Valley and Earnest Demaray resides in Northern California. Attached hereto as **Exhibit B** is a true and correct copy of a printout from Demaray LLC's website, which I obtained on September 4, 2020 from the following URL: https://www.edemaray.com/bios.html.

4.  According to his LinkedIn profile, Ravi Mullapudi, one of the named inventors of the Asserted Patents, resides in Northern California. Attached hereto as **Exhibit C** is a true and correct copy of a printout from Mr. Mullapudi's LinkedIn page, which I obtained on September 4, 2020 from the following URL: https://www.linkedin.com/in/ravi-mullapudi-03638115.

5.  According to her LinkedIn profile, Hongmei Zhang, one of the named inventors of the Asserted Patents, resided in Massachusetts. Attached hereto as **Exhibit D** is a true and correct copy of a printout from Ms. Zhang's LinkedIn page, which I obtained on September 4, 2020 from the following URL: https://www.linkedin.com/in/hmzhang?trk=people-guest_people_search-card.

6.  According to his LinkedIn profile, Mukundan Narasimhan, one of the named inventors of the Asserted Patents, resides in India. Attached hereto as **Exhibit E** is a true and correct copy of Mr. Narasimhan's LinkedIn page, which I obtained on September 4, 2020 from the following URL: https://in.linkedin.com/in/mukundan-narasimhan-809ab79?trk=people-guest_people_search-card.

7.    According to the contract between Demaray's predecessor, Symmorphix, and Applied's affiliate, Applied Komatsu, the contract was negotiated, executed, and performed in Northern California. Attached hereto as **Exhibit F** is a true and correct copy of the Sales and Relationship Agreement between Symmorphix and Applied Komatsu. The exhibit has been redacted to remove confidential financial information and to remove hand-written notes from the copy of the agreement maintained by Applied in its business records.

8.    Gary Edwards was the attorney who prosecuted the parent patent application to the Asserted Patents. Attached as **Exhibit G** is a true and correct copy an excerpt of the file history for Patent Application No. 10/101863. According to his work profile page, he resides and works in Northern California. Attached as **Exhibit H** is a true and correct copy of Mr. Edward's work profile page, which I obtained on September 4, 2020 from the following URL:

https://www.haynesboone.com/people/e/edwards-gary.

9.    According to Intel's website, Intel has its headquarters in Northern California. Attached as **Exhibit I** is a true and correct copy of a printout of Intel's corporate website, which I obtained on September 4, 2020 from the following URL:

https://www.intel.com/content/www/us/en/support/articles/000015107/programs.html.

10.   According to Samsung's website, it conducts business operations in Northern California out of its Silicon Valley office. Attached as **Exhibit J** is a true and correct copy of a printout Samsung's corporate website, which I obtained on September 4, 2020 from the following URL:

https://www.samsung.com/us/ssic/location/san-jose-ca/.

DATED: September 4, 2020

By: */s/*

Boris Lubarsky

LUBARSKY DECL. IN SUPPORT OF APPLIED'S MOTION FOR PRELIMINARY INJUNCTION