YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
ANDY LEGOLVAN (SB# 292520)
andylegolvan@paulhastings.com
JOSEPH J. RUMPLER, II (SB# 296941)
josephrumpler@paulhastings.com
BERKELEY FIFE (SB# 325293)
berkeleyfife@paulhastings.com
BORIS LUBARSKY (SB# 324896)
borislubarsky@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEMARAY LLC, <br><br> Defendant. | CASE NO. 5:20-cv-05676-EJD <br><br> **DECLARATION OF PHILIP OU IN SUPPORT OF APPLIED MATERIALS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

DECL. OF PHILIP OU

I, Philip Ou, hereby declare as follows:

1. I am a partner with the law firm Paul Hastings LLP, counsel for the Plaintiff Applied Materials, Inc. ("Applied"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

2. On December 24, 2020, I informed counsel for Demaray LLC ("Demaray") that Applied would be filing a new complaint for declaratory judgment of non-infringement based on the present-day, substantial controversies between Applied and Demaray. In response, counsel for Demaray stated that "[t]o the extent that Applied is allowed to file a new case in the Northern District of California, we agree that it should be assigned to Judge Davila." The same day, Applied filed its new complaint, assigned case number *Applied Material, Inc. v. Demaray LLC*, No. 3:20-cv-09341 (N.D. Cal.).

3. On December 28, 2020, counsel for Applied twice asked counsel for Demaray to confirm its agreement that *Applied Material, Inc. v. Demaray LLC*, No. 5:20-cv-05676-EJD (N.D. Cal.), and *Applied Material, Inc. v. Demaray LLC*, No. 3:20-cv-09341 (N.D. Cal.) should be considered "related cases" under Local Rule 3-12. Counsel for Demaray did not respond to either correspondence, despite the same counsel exchanging multiple other communications regarding other matters.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 28, 2020

By: */s/ Philip Ou*

Philip Ou